**Jay SANDERS, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent**

**No. 68 EM 2017**

Supreme Court of Pennsylvania.

July 11, 2017

## ORDER

PER CURIAM

**AND NOW,** this 11th day of July, 2017, the Application for Leave to File Original Process is **GRANTED,** and the Petition of Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Imanuel FORBES, Petitioner**

**No. 96 MAL 2017**

Supreme Court of Pennsylvania.

July 11, 2017

## ORDER

PER CURIAM

**AND NOW,** this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mickle Joe SHAFFER, Petitioner**

**No. 75 MAL 2017**

Supreme Court of Pennsylvania.

July 11, 2017

## ORDER

PER CURIAM

**AND NOW,** this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**